FRIEDA S. MILLER, as Industrial Commissioner of the State of New York, Respondent, *v.* GARFORD LABORATORIES, INC., et al., Appellants.

Submitted June 8, 1942; decided June 18, 1942.

*William F. O'Rourke* and *Harry Schechter* for motion.
*George F. Reid* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellants file and transmit to this court the papers required by section 577 of the Civil Practice Act and pay ten dollars costs within ten days, in which event the motion is denied.

In the Matter of the Claim of ULYSSES JENKINS against DUMP TRUCK SERVICE et al., Defendants.

Submitted June 8, 1942; decided June 18, 1942.

*Ulysses Jenkins,* in person, for motion.
*George J. Hayes* and *William F. O'Rourke* opposed.

Motion dismissed on the ground this court is without jurisdiction to entertain the motion.